**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Julio BAYRON-ARRIOLA, a.k.a.
Julio Bayron Estrada-Arriola,
Defendant-Appellant.**

**No. 17-10099, No. 17-10100**

United States Court of Appeals,
Ninth Circuit.

Submitted October 23, 2017 *

Filed October 27, 2017

Lawrence Lee, Assistant U.S. Attorney, Erica McCallum, Assistant U.S. Attorney,

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

USTU-Office of the US Attorney, Tucson, AZ, for Plaintiff-Appellee

Julio Bayron-Arriola, Pro Se

Before: LEAVY, WATFORD, and FRIEDLAND, Circuit Judges.

MEMORANDUM **

In these consolidated appeals, Julio Bayron-Arriola appeals his guilty-plea conviction and 46-month sentence for reentry of a removed alien, in violation of 8 U.S.C. § 1326, and the revocation of supervised release and consecutive 8-month sentence imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Bayron-Arriola's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Bayron-Arriola the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Bayron-Arriola waived his right to appeal his conviction, the revocation of supervised release, and his sentences. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waivers. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeals. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.